Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Defendant Tangible Play, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWKvision eMMERSION COMPUTING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Tangible Play, Inc.,<br><br>    Defendant. | Case No.: 3:23-cv-04070-AMO<br><br>**DECLARATION OF CHRISTINA N. GOODRICH IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TANGIBLE PLAY, INC.** |

**DECLARATION OF CHRISTINA N. GOODRICH**

I, Christina N. Goodrich, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am a partner at the law firm of K&L Gates LLP ("K&L Gates"). I am lead counsel on the K&L Gates's team representing Defendant Tangible Play, Inc. ("Defendant" or "Tangible Play") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and could and would competently testify to these matters.

2. K&L Gates was retained to represent Tangible Play in its capacity as Defendant this matter. Shortly thereafter, I made an appearance in this action, along with other attorneys from K&L Gates, including Zach Timm.

3. The attorney-client relationship has broken down.

4. In May 2024, I conferred with Aaron E. Kornblum, Tangible Play's representative, and provided notice of K&L Gates' intent to withdraw as counsel for Tangible Play.

5. Mr. Kornblum informed me that Tangible Play consents to K&L Gates' withdrawal as counsel for Tangible Play.

6. Plaintiff and Defendant agreed that Plaintiff may send communications directly to Defendant after K&L Gates' withdrawal to email addresses already provided to Defendant's counsel. *See* Dkt. 45 at 5. In the alternative, I informed Mr. Kornblum that K&L Gates would be willing to accept service of papers for forwarding purposes until Tangible Play appears by other counsel, which Mr. Kornblum consented to.

7. If requested by Tangible Play, I will return Tangible Play's materials and property.

8. Tangible Play has not paid any fees or expenses in advance to K&L Gates.

9. I conferred with counsel for Plaintiff HAWKvision eMMERSION COMPUTING LLC of K&L Gates' intent to file its Motion to Withdraw.

10. Plaintiff has stated that it will not oppose the Motion to Withdraw.

1    11.    On June 12, 2024, I filed a Motion to Withdraw as Counsel for Defendant
2 Tangible Play, Inc. *See* Dkt. 47.

3    12.    The prior Motion to Withdraw as Counsel was denied without prejudice to
4 resubmission on June 17, 2024, as a result of the Stay in effect at that time. *See* Dkt. 49.

5    13.    Following the expiration of the Stay on December 4, 2024, I am now
6 refiling this Motion to Withdraw as Counsel for Defendant Tangible Play, Inc.

7    14.    This Motion is identical to the prior Motion to Withdraw, with the
8 exception of references to the filing of and order on the prior Motion and Stay.

9    15.    I have complied with the obligations set forth in the Stipulation Requesting
10 a Stay.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and accurate.

Dated: December 11, 2024            By: */s/ Christina N. Goodrich*
                                         Christina N. Goodrich

# CERTIFICATE OF SERVICE

**Case No. 3:23-CV-04070-AMO**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, CA 90067.

On December 11, 2024, I served the document(s) described as:

- **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TANGIBLE PLAY, INC.**
- **DECLARATION OF CHRISTINA N. GOODRICH IN SUPPORT OF MOTION TO WITHDRAW**
- **DECLARATION OF AARON E. KORNBLUM IN SUPPORT OF MOTION TO WITHDRAW**
- **[PROPOSED] ORDER**

on the interested parties in this action by delivering a true copy thereof as follows:

| | |
|---|---|
| Aaron E. Kornblum<br>aaron@byjusfutureschool.com | *Defendant Tangible Play, Inc.* |
| **EICHMANN, a professional corporation**<br>John Jeffrey Eichmann<br>662 N. Sepulveda Blvd., Suite 300<br>Los Angeles, CA 90049<br>Telephone: (310) 237-9190<br>jeichmann@eichmann.com<br><br>**Reichman Jorgensen Lehman & Feldberg LLP**<br>Navid Bayar<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1472<br>nbayar@reichmanjorgensen.com | *Attorneys for Plaintiff*<br>HAWKvision eMMERSION COMPUTING LLC |

☑ **BY ELECTRONIC SERVICE**: by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1
**CERTIFICATE OF SERVICE**

Executed on December 11, 2024, at Los Angeles, California.

　　　　　　　　　　　　　　　　　Katherine M. Ramos